## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION-DAYTON

| | | |
|---|---|---|
| MARK & JULEE CLARK<br>200 Evans Rd<br>Greenback TN 37742<br><br>    Plaintiffs,<br><br>vs.<br><br>WELTMAN, WEINBERG & REIS<br>CO., L.P.A.<br>175 S. 3rd Street, Suite 900<br>Columbus, OH 43215<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br>No. 2:10-cv-00200-JDH -MRA<br><br><br>NOTICE OF SETTLEMENT |

## **NOTICE OF SETTLEMENT**

NOW COMES the Plaintiff, MARK & JULEE CLARK, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                                    RESPECTFULLY SUBMITTED,

                                    By:__/s/ Peter Cozmyk_____
                                          Peter Cozmyk,
                                          Attorney for Plaintiff

Ohio Registration No. 0078862
Krohn & Moss, Ltd.
3 Summit Park Drive
Suite 140
Independence, Ohio 44131
phone: (323) 988-2400 x. 213
fax: (866) 425-3459
e-mail: pcozmyk@consumerlawcenter.com